UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-194(3) (KMM/JFD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                    **PROTECTIVE ORDER**

FAYSAL OSMAN MOHAMED,
    a/k/a "G Money,"

    Defendant.

On June 16, 2025, the United States moved, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure for an order restricting the dissemination of certain discovery material. (Dkt. No. 39). Defendant Faysal Mohamed does not oppose the motion.

The United States has shown good cause why the dissemination of discovery material should be limited, given the redaction of such materials would be impracticable, unduly burdensome, and could impede defense counsel's preparation, and that the unrestricted disclosure of such information may violate the privacy of non-parties, including victims, witnesses, and unindicted co-conspirators, and cause them other harm.

WHEREFORE**,** it is hereby **ORDERED** that the Government's unopposed Motion for Protective Order is **GRANTED**, it is furthered **ORDERED** that "Protected Material," as defined below, shall be held in strict confidentiality and used only in connection with the defense of the charges in this case, and for no other purpose.

The Court further **ORDERS** as follows:

1. "Protected Material" includes:

    a. the identity of victims and witnesses, and the identity of any new victim or witness who may be identified;

    b. the personally identifying information of any victim or witness in this case, including, but not limited to, telephone numbers, residential addresses, email addresses, social media accounts, Social Security numbers, medical information, and dates of birth; and

    c. medical information of any victim or witness in this case, whether currently in the possession of the United States, or medical records or medical data relating to the victim and witnesses that may be obtained by the United States as a part of the discovery process during the course of this litigation.

2. Protected Material may be used solely for purposes of this litigation and for no other purpose.

3. Defense counsel shall limit the making of copies of the Protected Material to those necessary to their activities as counsel to Mr. Mohamed in this action, but that under no circumstances will unredacted copies be provided directly to Mr. Mohamed.

4. All individuals having access to these materials shall be informed of the terms of the Protective Order prior to disclosure and shall certify, by signing a copy

of the Protective Order, that they have read the terms of the Protective Order and understand that they are bound by these terms.

5. Defense counsel may advise Mr. Mohamed of the contents of the Protected Material and review the Protected Material with Mr. Mohamed, without providing unredacted copies or allowing the copying or retention of any of any Protected Material, subject to the condition that Mr. Mohamed has read the Protective Order and that he understands and agrees to be bound by its terms.

6. If defense counsel brings the Protected Material to any detention facility or location where Mr. Mohamed resides pre-trial, the Protected Material must remain in defense counsel's possession and control at all times and may not be left with Mr. Mohamed but must be removed by the defense counsel upon leaving the facility or residence.

7. Any documents or other materials containing the Protected Material, and any and all copies of them, must be returned to the government or destroyed within thirty (30) days of the conclusion of this litigation. Defense may retain one complete copy of discovery for its file and that material will remain subject to this Protective Order.

8. Use of the Protected Material covered by the Protective Order for any purpose other than the instant litigation shall be deemed a violation of the Protective Order punishable by sanctions, including contempt of court.

Dated:  June 16, 2025                                         *s/ John F. Docherty*
                                                                                       JOHN F. DOCHERTY
                                                                                       United States Magistrate Judge

## **CERTIFICATION**

By signing below, I, _____ (please print legibly), hereby certify that I have read this Order and agree to be bound by its terms.

_____                    _____
Date                                                                Signature